# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

CALLIE GARIEPY, et al.,

    Plaintiffs,

v.                                    CV No. 18-695 SMV/CG

GEICO GENERAL INSURANCE
COMPANY,

    Defendant.

## ORDER GRANTING JOINT MOTION TO STAY PROCEEDINGS
## AND VACATING RULE 16 SCHEDULING CONFERENCE

**THIS MATTER** is before the Court on the parties' *Joint Motion to Stay Proceedings*, (Doc. 6), filed September 4, 2018. The parties ask the Court to stay the proceedings in this case for ninety (90) days while the parties engage in settlement negotiations. The Court, having reviewed the Motion, noting it is unopposed, and being otherwise fully advised, finds that the Motion is well-taken and should be **GRANTED**.

**IT IS THEREFORE ORDERED** that the parties' *Joint Motion to Stay Proceedings*, (Doc. 6), is **GRANTED** and the proceedings in this case are stayed for ninety (90) days.

**IT IS FURTHER ORDERED** that the Court's *Initial Scheduling Order*, (Doc. 4), and the Telephonic Rule 16 Scheduling Conference set for September 25, 2018 at 2:00 p.m. are **VACATED**.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE