## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

CALLIE GARIEPY, et al.,

    Plaintiffs,

v.                                                     CV No. 18-695 SMV/CG

GEICO GENERAL INSURANCE
COMPANY,

    Defendant.

## ORDER RESETTING INITIAL SCHEDULING CONFERENCE

**THIS MATTER** is before the Court on review of the record, and having conferred with counsel about a mutually-convenient date, time, and location, **IT IS HEREBY ORDERED** that the Rule 16 initial scheduling conference is reset and will be held by telephone on **Thursday, February 7, 2019, at 1:30 p.m.**

Parties shall call Judge Garza's AT&T Teleconference line at (877) 810-9415, follow the prompts, and enter the Access Code 7467959, to be connected to the proceedings.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE