**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

CALLIE GARIEPY, et al.,

    Plaintiffs,

v.                                              CV No. 18-695 SMV/CG

GEICO GENERAL INSURANCE
COMPANY,

    Defendant.

## ORDER TO SUBMIT CLOSING DOCUMENTS AND VACATING SETTLEMENT CONFERENCE

**THIS MATTER** is before the Court after being informed that the case has settled.

**IT IS THEREFORE ORDERED** that the status conference set for February 28, 2019, and the settlement conference set for March 7, 2019, are hereby **VACATED**.

**IT IS FURTHER ORDERED** that the parties shall submit closing documents by **March 25, 2019**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE